Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK VISERTO, Appellant.—

No opinion. Hopkins, Latham and Brennan, JJ., concur; Rabin, Acting P. J., and Martuscello, J., dissent and vote to reverse the judgment and dismiss the indictment, with the following memorandum: The evidence was purely circumstantial and, in our opinion, inadequate to justify conviction (*People* v. *Weiss*, 290 N. Y. 160, 163).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANN DUNBAR, Respondent, v. CHARLES R. DUNBAR, Appellant.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.

JOHN WILLIAMSON, Respondent, v. ROBERT HUDSON, Appellant.—

Christ, P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.

In the Matter of the Appointment of WARREN H. GUNTHER, as a Member of the Character Committees for the Second, Tenth and Eleventh Judicial Districts.—

Christ, P. J., Rabin, Hopkins, Munder, Martuscello, Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

In the Matter of the Appointment of FREDERICK F. HUFNAGEL, as a Member of the Character Committee for the Ninth Judicial District.—